IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sanders, Antoine D

Printed: 12/13/07

Case Number: 07 B 09943
Judge: Squires, John H
Filed: 6/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 13,469.00 | 0.00 |
| 6. | Mortgage It | Secured | 4,000.00 | 0.00 |
| 7. | JP Morgan Chase Bank | Secured | 16,000.00 | 0.00 |
| 8. | Ocwen Federal Bank FSB | Secured | 3,000.00 | 0.00 |
| 9. | Credigy Receiveables Inc | Unsecured | 415.22 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 47.49 | 0.00 |
| 11. | Capital One | Unsecured | 241.52 | 0.00 |
| 12. | DaimlerChrysler Servs North America | Unsecured | 0.00 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 41.78 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 87.02 | 0.00 |
| 15. | Sallie Mae | Unsecured | 1,040.61 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 89.42 | 0.00 |
| 17. | Americredit Financial Ser Inc | Secured | | No Claim Filed |
| 18. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| 19. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 20. | Bell West Community CU | Unsecured | | No Claim Filed |
| 21. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 22. | Citi Capital | Unsecured | | No Claim Filed |
| 23. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 24. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |
| 25. | Countrywide Home Loans Inc. | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Sanders, Antoine D | Case Number: 07 B 09943 |
|---|---|
| | Judge: Squires, John H |
| Printed: 12/13/07 | Filed: 6/2/07 |

| | | | |
|---|---|---|---|
| 26. First National Bank | Unsecured | | No Claim Filed |
| 27. First Midwest Bank | Unsecured | | No Claim Filed |
| 28. Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. New Century Federal C.U. | Unsecured | | No Claim Filed |
| 30. HSBC Bank USA | Unsecured | | No Claim Filed |
| 31. Sallie Mae | Unsecured | | No Claim Filed |
| 32. Specialized Loan Servicing LLC | Unsecured | | No Claim Filed |
| 33. USA Services | Unsecured | | No Claim Filed |
| 34. USA Services | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 38,432.06 | $ 0.00 |

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*